ORIGINAL

E-filing

FILED
08 MAR 10 PM 2:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT W. WOODS, State Bar No. 89896
ISAACMAN, KAUFMAN & PAINTER, P.C.
8484 Wilshire Blvd., Suite 850
Beverly Hills, CA 90211
Tel. 323.782.7700
Fax 323.782.7744

Attorneys for Fast Girl Films, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAST GIRL FILMS, LLC, a California limited liability company,

    Plaintiff,

vs.

SOPHIA WALLACE; and DOES 1 through 10, inclusive,

    Defendants.

CASE NO. CV 08 1349 HRL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

ISAACMAN, KAUFMAN & PAINTER, P.C.

By _____
ROBERT W. WOODS
Attorneys for Plaintiff Fast Girl Films, LLC

Certification of Interested Entities.wpd     1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS