1  ROBERT W. WOODS, ESQ., SB 89896
2  ISAACMAN, KAUFMAN & PAINTER, P.C.
   8484 WILSHIRE BLVD., #850
3  BEVERLY HILLS, CA 90211
4  323.782.7700

5

                    UNITED STATES DISTRICT COURT
6
                   NORTHERN DISTRICT OF CALIFORNIA
7

8

9  FAST GIRL FILMS, LLC                No. CV 08-1349 HRL

10         Plaintiff(s),                **CONSENT TO PROCEED BEFORE A**
                                        **UNITED STATES MAGISTRATE JUDGE**
11     v.

12 SOPHIA WALLACE

13         Defendant(s).
                                      /
14

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21 Dated: 3-14-08
                                          Signature
22
                                          Counsel for  Plaintiff
23                                        (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28