1  ROBERT W. WOODS, State Bar No. 89896
   ISAACMAN, KAUFMAN & PAINTER, P.C.
2  8484 Wilshire Blvd., Suite 850
   Beverly Hills, CA 90211
3  Tel. 323.782.7700
   Fax 323.782.7744
4
   Attorneys for Fast Girl Films, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST GIRL FILMS, LLC, a California limited liability company, | CASE NO. CV 08-1349 HRL |
| Plaintiff, | REQUEST FOR DISMISSAL AND [PROPOSED] ORDER |
| vs. | |
| SOPHIA WALLACE; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties to this action have settled their differences.  Therefore, Plaintiff Fast Girl Films, LLC,

Request for Dismissal.wpd                          1
REQUEST FOR DISMISSAL

1 hereby requests the Court to dismiss this action, in its entirety, with prejudice.

                                        ISAACMAN, KAUFMAN & PAINTER, P.C.

                                        By: _____
                                        ROBERT W. WOODS
                                        Attorneys for Plaintiff Fast Girl Films, LLC

## ORDER

Pursuant to the Plaintiff's Request for Dismissal, it is HEREBY ORDERED that this action is dismissed in its entirety with prejudice.

Dated: _____.

                                        _____
                                        HOWARD R. LLOYD
                                        U.S. MAGISTRATE JUDGE